1020

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT JOHN KIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04351-7, Carol A. Schapira, J., entered September 20, 1999. *Remanded* by unpublished per curiam opinion.

MICHAEL KRAHNER, ET AL., *Appellants*, v. DONALD KRONENBERG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-06289-3, Robert H. Alsdorf, J., entered September 29, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Ellington, JJ.

ELAINE LINDBORG, ET AL., *Respondents*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-01700-3, Michael F. Moynihan, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Ellington, JJ.

BARRETT LAKE FOUNDATION, ET AL., *Respondents*, v. THE CITY OF FERNDALE, *Defendant*, NORM PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-00767-7, David A. Nichols, J., entered November 1, 2000. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.